**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL M. CARRICK,<br><br>  Plaintiff,<br>  v.<br><br>SANTA CRUZ COUNTY AND SANTA CRUZ COUNTY PLANNING DIRECTOR KATHLEEN PREVISICH; COUNTY SUPERVISORS NEAL COONERTY, JOHN LEOPOLD, ELLEN PIRIE, GREG CAPUT, MARK STONE; SANTA CRUZ COUNTY COUNSEL DANA MCRAE, TAMYRA RICE; SANTA CRUZ COUNTY ADMINISTRATOR SUSAN MAURIELLO; SANTA CRUZ COUNTY RECORDER SEAN SALDAVIA; DOES 1-25,<br><br>  Defendants. | Case No.: 12-CV-03852-LHK<br><br>ORDER GRANTING MOTION FOR PERMISSION TO E-FILE |

Plaintiff Paul M. Carrick ("Plaintiff"), proceeding pro se, has filed a Motion for Permission to E-File ("Motion"). *See* ECF No. 35. Defendants do not oppose. *See* ECF No. 67. Accordingly, Plaintiff's Motion is GRANTED.

**IT IS SO ORDERED.**

Dated: August 23, 2012

_____
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-03852-LHK
ORDER GRANTING MOTION FOR PERMISSION TO E-FILE