UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL M. CARRICK,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SANTA CRUZ COUNTY; PLANNING DEPARTMENT COUNTY OF SANTA CRUZ; NEAL COONERTY; JOHN LEOPOLD; ELLEN PIRIE; LEO CAPUT; MARK W STONE, County Board of Supervisors, County of Santa Cruz; SEAN SALDAVIA, County Recorder; DANA MCKRAE, County Counsel; TAMYRA RICE, Assistant County Counsel; NANCY PREVISICH, Director of the Santa Cruz Planning Department; and DOES 1-25, inclusive,<br><br>　　　　　　Defendants. | Case No.: 12-CV-3852-LHK<br><br>ORDER VACATING MOTION HEARING AND CASE MANAGEMENT CONFERENCE |

　　　A hearing on Defendants' motion to dismiss is scheduled for November 15, 2012. Pursuant to Civil Local Rule 7-1(b), the Court finds this matter suitable for determination without oral argument. Accordingly, the hearing on the motion to dismiss and the case management conference, both set for November 15, 2012, are hereby VACATED. The Court will issue an order on the motion shortly.

**IT IS SO ORDERED.**

Dated: November 14, 2012

　　　　　　　　　　　　　　　　　　　　　　_Lucy H. Koh_
　　　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No.: 12-CV-3852-LHK
ORDER VACATING MOTION HEARING AND CASE MANAGEMENT CONFERENCE