UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL M. CARRICK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SANTA CRUZ COUNTY AND SANTA CRUZ COUNTY PLANNING DIRECTOR KATHLEEN PREVISICH; COUNTY SUPERVISORS NEAL COONERTY, JOHN LEOPOLD, ELLEN PIRIE, GREG CAPUT, MARK STONE; SANTA CRUZ COUNTY COUNSEL DANA MCRAE, TAMYRA RICE; SANTA CRUZ COUNTY ADMINISTRATOR SUSAN MAURIELLO; SANTA CRUZ COUNTY RECORDER SEAN SALDAVIA; DOES 1-25,<br><br>　　　　　Defendants. | Case No.: 12-CV-03852-LHK<br><br>ORDER CONTINUING HEARING ON DEFENDANTS' SECOND MOTION TO DISMISS |

　　The hearing on Defendants' Second Motion to Dismiss, which was scheduled for April 25, 2013, is hereby CONTINUED to May 9, 2013, at 1:30pm.

**IT IS SO ORDERED.**

Dated: April 23, 2013

　　　　　　　　　　　　　　　　　　_Lucy H. Koh_
　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　United States District Judge