1  DANA McRAE, State Bar No. 142231
   County Counsel, County of Santa Cruz
2  TAMYRA RICE, State Bar No. 127931
   Office of the County Counsel
3  Assistant County Counsel
   701 Ocean Street, Room 505
4  Santa Cruz, California 95060
   Telephone: (831) 454-2049
5  Fax: (831) 454-2115
   csl033@co.santa-cruz.ca.us
6  **Attorneys for All County of Santa Cruz Defendants**

7
                    UNITED STATES DISTRICT COURT
8
            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
9

10 | PAUL M. CARRICK, | Case No. CV12-03852 LHK |
11 | Plaintiff, | |
12 | | **STIPULATION TO CONTINUE** |
13 | v. | **HEARING AND [PROPOSED] ORDER** |
14 | SANTA CRUZ COUNTY AND PLANNING | |
15 | DEPARTMENT COUNTY OF SANTA CRUZ NEAL COONERTY, JOHN LEOPOLD, | |
16 | ELLEN PIRIE, GREG CAPUT, MARK W. STONE COUNTY BOARD OF | |
17 | SUPERVISORS, COUNTY OF SANTA CRUZ, COUNTY RECORDER SEAN SALDAVIA, | |
18 | COUNTY COUNSEL DANA McRAE, | |
19 | ASSISTANT COUNTY COUNSEL TAMYRA RICE, SUSAN MAURIELLO AND DOES 1-25 | |
20 | INCLUSIVE, | |
21 | Defendants. | |

22     The parties hereto do hereby stipulate to the Court continuing the hearing on the County's
23 second motion to dismiss in the above-referenced case from May 9, 2013 at 1:30 p.m. in San
24 Francisco, CA to May 16, 2013 at 1:30 p.m. in San Jose, CA.
25
26
   Dated: May 1, 2013                              /S/
27                                    PAUL M. CARRICK, Plaintiff In Pro Per
28

*Carrick v. County of Santa Cruz, et al.*
Case No. CV12-03852 LHK                                        Stipulation to Continue Hearing

1

1  Dated: May 1, 2013                    DANA McRAE, COUNTY COUNSEL

2

3                                        By:_____/S/_____
                                              TAMYRA RICE
4                                             Assistant County Counsel
                                              Attorneys for All County of
5                                             Santa Cruz Defendants

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Carrick v. County of Santa Cruz, et al.*
Case No. CV12-03852 LHK                              Stipulation to Continue Hearing
                                        2

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |

Based on the stipulation of the parties as set forth above, and for good cause shown, it is hereby ordered that the hearing on the Defendant County's second motion to dismiss in this action is continued from May 9, 2013 at 1:30 p.m. in San ~~Francisco,~~ Jose, CA to May 16, 2013 at 1:30 p.m. in San Jose, CA.

Dated:  May 2, 2013

*Lucy H. Koh*

HON. LUCY H. KOH
U.S. DISTRICT COURT JUDGE