DANA McRAE, State Bar No. 142231
County Counsel, County of Santa Cruz
TAMYRA RICE, State Bar No. 127931
Office of the County Counsel
Assistant County Counsel
701 Ocean Street, Room 505
Santa Cruz, California 95060
Telephone: (831) 454-2049
Fax: (831) 454-2115
csl033@co.santa-cruz.ca.us
**Attorneys for All County of Santa Cruz Defendants**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| PAUL M. CARRICK,<br><br>　　　Plaintiff,<br><br>v.<br><br><br>SANTA CRUZ COUNTY AND PLANNING DEPARTMENT COUNTY OF SANTA CRUZ NEAL COONERTY, JOHN LEOPOLD, ELLEN PIRIE, GREG CAPUT, MARK W. STONE COUNTY BOARD OF SUPERVISORS, COUNTY OF SANTA CRUZ, COUNTY RECORDER SEAN SALDAVIA, COUNTY COUNSEL DANA McRAE, ASSISTANT COUNTY COUNSEL TAMYRA RICE, SUSAN MAURIELLO AND DOES 1-25 INCLUSIVE,<br><br>　　　Defendants. | Case No. CV12-03852 LHK<br><br><br>**STIPULATION TO CONTINUE HEARING AND [PROPOSED] ORDER** |

　　The parties hereto do hereby stipulate to the Court continuing the hearing on the County's second motion to dismiss in the above-referenced case from May 9, 2013 at 1:30 p.m. in San Francisco, CA to May 16, 2013 at 1:30 p.m. in San Jose, CA.

Dated: May 1, 2013　　　　　　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　　　　　　　　　PAUL M. CARRICK, Plaintiff In Pro Per

1 | Dated: May 1, 2013

DANA McRAE, COUNTY COUNSEL

By: _____/S/_____
TAMYRA RICE
Assistant County Counsel
Attorneys for All County of
Santa Cruz Defendants

1 **[PROPOSED] ORDER**

2    Based on the stipulation of the parties as set forth above, and for good cause shown, it is
3 hereby ordered that the hearing on the Defendant County's second motion to dismiss in this action is
4 continued from May 9, 2013 at 1:30 p.m. in San ~~Francisco,~~ Jose, CA to May 16, 2013 at 1:30 p.m. in San
5 Jose, CA.

7 Dated: __May 2, 2013__         _____*Lucy H. Koh*_____
                                  HON. LUCY H. KOH
8                                 U.S. DISTRICT COURT JUDGE