UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL M. CARRICK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SANTA CRUZ COUNTY AND SANTA CRUZ COUNTY PLANNING DIRECTOR KATHLEEN PREVISICH; COUNTY SUPERVISORS NEAL COONERTY, JOHN LEOPOLD, ELLEN PIRIE, GREG CAPUT, MARK STONE; SANTA CRUZ COUNTY COUNSEL DANA MCRAE, TAMYRA RICE; SANTA CRUZ COUNTY ADMINISTRATOR SUSAN MAURIELLO; SANTA CRUZ COUNTY RECORDER SEAN SALDAVIA; DOES 1-25,<br><br>　　　　　Defendants. | Case No.: 12-CV-03852-LHK<br><br>ORDER VACATING HEARING ON DEFENDANTS' SECOND MOTION TO DISMISS |

A hearing on Defendants' Second Motion to Dismiss is scheduled for May 16, 2013. *See* ECF No. 91. Pursuant to Civil Local Rule 7-1(b), the Court finds this matter appropriate for determination without oral argument and accordingly VACATES the May 16, 2013 hearing. The Court will issue an order on the motion shortly.

**IT IS SO ORDERED.**

Dated: May 14, 2013

　　　　　　　　　　　　　　　　　　　　*Lucy H. Koh*
　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　United States District Judge